UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIRD,<br><br>          Plaintiff,<br><br>    v.<br><br>A. ZUNIGA, et al.,<br><br>          Defendants. | CASE NO. 1:15-cv-00910--MJS (PC)<br><br>**ORDER PERMITTING DEFENDANT TO RESPOND TO PLAINTIFF'S OBJECTIONS TO SCREENING ORDER AND MOTION TO AMEND**<br><br>**(ECF No. 11)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendant Musleh on Plaintiff's Eighth Amendment failure to protect claim.

On May 4, 2016, the Court screened Plaintiff's first amended complaint and found that it stated a cognizable Eighth Amendment claim against Defendant Musleh but no other claims. (ECF No. 9.) On May 13, 2016, Plaintiff filed objections to the screening order and moved to amend his complaint. (ECF No. 11.) On July 11, 2016, Defendant appeared in this action. (ECF No. 18.)

In light of Defendant's recent appearance, it is HEREBY ORDERED that Defendant may, within twenty-one (21) days of this order, file a response to Plaintiff's

objections and motion to amend.

IT IS SO ORDERED.

Dated: August 4, 2016            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE