UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIRD,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ZUNIGA, et al.,<br><br>        Defendants. | CASE NO. 1:15-cv-00910--MJS (PC)<br><br>**ORDER DENYING MOTION FOR CLARIFICATION**<br><br>**(ECF No. 24)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendant Musleh on Plaintiff's Eighth Amendment failure to protect claim.

On May 4, 2016, the Court screened Plaintiff's first amended complaint and found that it stated a cognizable Eighth Amendment claim against Defendant Musleh but no other claims. (ECF No. 9.) Plaintiff's seeks clarification of the Court's screening order, specifically, an explanation as to why "the chain of causation was broken" with regard to two dismissed defendants, and "what would of kept the chain intact."

The Court cannot provide Plaintiff legal advice or direction in crafting a cognizable claim. The Court has, through its screening order, provided Plaintiff with the legal standard applicable to his claims and the reasons those claims, as pled, were not

cognizable. The Court is unable to provide further clarification on this issue.

Accordingly, Plaintiff's motion for clarification is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  September 2, 2016           /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE