1
2
3
4
5

6          UNITED STATES DISTRICT COURT

7          EASTERN DISTRICT OF CALIFORNIA

8

9   MICHAEL BIRD,                              CASE NO. 1:15-cv-00910-DAD-MJS (PC)

10                 Plaintiff,

11        v.                                   **ORDER REGARDING RESPONSE TO ORDER SETTING SETTLEMENT CONFERENCE**

12   A. ZUNIGA, et al.,

13                 Defendants.                 (ECF NO. 46.)

14

15        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

16   rights action brought pursuant to 42 U.S.C. § 1983.  On January 19, 2017, the Court set

17   this matter for a settlement conference on March 30, 2017. (ECF No.44.) Before the

18   Court is Plaintiff's response to the order, in which he states that he requires a court order

19   for the California Department of Corrections and Rehabilitation to transport him to the

20   settlement conference. (ECF No. 46.)

21        As stated in the order setting the settlement conference, a separate order and writ

22   of habeas corpus ad testificandum for Plaintiff's transport will issue approximately one

23   month prior to the conference.

24
25   IT IS SO ORDERED.

26   Dated:   February 7, 2017          /s/ *Michael J. Seng*

27                                      UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28